

**ORDERED in the Southern District of Florida on March 29, 2007.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: PENINSULA MORTGAGE           CASE NO. 05-15121-BKC-RAM
        BANKERS CORPORATION          CHAPTER 11

             Debtor          /

**ORDER APPROVING TRUSTEE'S EX-PARTE APPLICATION FOR EMPLOYMENT
OF BARBEE & ASSOCIATES, INC, AS ACCOUNTANTS FOR THE TRUSTEE
*NUNC PRO TUNC* TO JANUARY 19, 2007**

THIS CAUSE came on before the court upon the Trustee's ex-parte Application for Employment of **JOHN L. HELLER** of the accounting firm of **BARBEE & ASSOCIATES, INC.** in this case *Nunc Pro Tunc* to January 19, 2007.  Upon the representations that **JOHN L. HELLER** is a Certified Public Accountant qualified to practice in the state of Florida, that **JOHN L. HELLER of BARBEE & ASSOCIATES, INC.** hold no interest adverse to the estate in the matters upon which they are engaged, that **JOHN L. HELLER of BARBEE & ASSOCIATES, INC.** are disinterested persons as required by 11 U.S.C § 327(a), and have

disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate, it is

   **ORDERED** that the trustee is authorized to employ **JOHN L. HELLER of BARBEE & ASSOCIATES, INC.** as accountant for the trustee, on a general retainer, pursuant to 11 U.S.C §§ 327 and 330.

###

<u>**Submitted by:**</u>
**JOHN L. HELLER, CPA**
**BARBEE & ASSOCIATES, INC.**
**HILLSBORO EXECUTIVE PARK, SUITE B4**
**4855 WEST HILLSBORO BOULEVARD**
**COCONUT CREEK, FLORIDA  33073**
**(954) 949-5715 (954) 949-5715 FAX**
**jlheller@barbee-associates.com**

**Accountant John L. Heller is directed to serve copies of this Order on the parties listed and file a Certificate of Service.**

Raymond V. Miller, Esquire
2 S. Biscayne Boulevard, Suite 3400
Miami, Florida  33131

Priscilla H. Douglas, Esquire
18201 Von Karman Avenue, Suite 800
Irvine, California  92612

Stephen P. Hale, Esquire
200 Jefferson Avenue, Suite 1450
Memphis, Tennessee  38103

Douglas R. Gonzales, Esquire
3107 Stirling Road, Suite 300
Ft. Lauderdale, Florida  33312

Victor K. Rones, Esquire
16105 N.E. 18th Avenue
N. Miami Beach, Florida  33162