ORDERED in the Southern District of Florida on March 21, 2008



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

PENINSULA MORTGAGE BANKERS
CORPORATION,

      Debtor.
_____/

Case No.: 05-15121-BKC-RAM

Chapter 11

### ORDER APPROVING LIQUIDATING TRUSTEE'S APPLICATION TO EMPLOY STEVEN THOMAS AND THE LAW FIRM OF THOMAS, ALEXANDER & FORRESTER LLP AS SPECIAL LITIGATION COUNSEL *NUNC PRO TUNC* FROM MARCH 7, 2008

THIS CAUSE came before the Court on March 20, 2008 at 2:00 p.m. upon Kenneth A. Welt's (the "Liquidating Trustee") Application to Employ Steven Thomas and the Law Firm of Thomas, Alexander and Forrester, LLP ("TAF") as Special Litigation Counsel *Nunc Pro Tunc* from March 7, 2008 (the "Application"). Upon the representations that Steven Thomas and Thomas, Alexander and Forrester, LLP hold no interest adverse to the estate in the matters upon which they are engaged, that Steven Thomas and TAF are disinterested persons as required by 11

U.S.C. §327(a), and have disclosed any connections with parties set forth in FRBP 2014, and that their employment is necessary and would be in the best interest of the estate, it is **ORDERED:**

1. The Application is **APPROVED**.

2. The Liquidating Trustee is authorized to employ Steven Thomas and Thomas, Alexander and Forrester, LLP as special litigation counsel for the Liquidating Trustee to the date when services were first rendered, from and including March 7, 2008, on a contingency basis as set forth in the Application.

3. Special counsel shall be paid on a contingency fee basis, whereby Genovese Joblove and Battista, P.A. ("GJB") and TAF will be entitled to receive 40% of the proceeds generated from either a settlement or judgment. The 40% fee shall be split equally by GJB and TAF in the event that a settlement of the litigation results prior to 30 days before the first day of a trial in the case. Thereafter, GJB and TAF shall split the 40% contingency fee such that 25% would be paid to TAF and 15% to GJB. In the event that GJB's hourly fees exceed 15% of the proceeds of the litigation due to GJB, TAF shall contribute from their 25% any amount necessary to compensate GJB to the extent its hourly fees exceed the 15% contingency fee. Such contribution made by TAF shall be capped at the amount that would bring the split fee back down to 20% for each.

###

Submitted by:
Leyza F. Blanco
Ileana E. Christianson
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1650
Miami, FL 33131
Telephone:   (305) 416-6880
Facsimile:   (305) 416-6887

Copies furnished to:
Ileana E. Christianson

*(Attorney Christianson is directed to serve a conformed copy of this order upon all interested parties and file a Certificate of Service with this Court)*